## McHugh v. Berman, Appellant.

Argued December 3, 1973. *Manfred Farber,* for appellant; *I. Raymond Kremer,* with him *Mark S. Levy,* and *Kremer, Krimsky and Luterman,* for appellee.

Order affirmed; petition for reargument refused February 21, 1974.

SPAULDING, J., absent.

## Newton v. Whited et al., Appellants.

Argued December 6, 1973. *Frank Troy,* for appellants; *Herbert Somerson,* with him *Zarwin, Baum, Arangio and Somerson,* for appellees.

Order affirmed.

SPAULDING, J., absent.